JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ARLOS CORTEZ-RODRIGUEZ,** **Petitioner,** v. **JAIME RIOS et al.,** **Respondents.** | **NO. 5:26-cv-02987-KS** **JUDGMENT** |

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED** and that this case is **DISMISSED WITHOUT PREJUDICE**.

DATED: July 31, 2026

Karen L. Stevenson

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE